IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JULIE A. KRAUTH, | Case No. 4:11-CV-00563-HDV-RAW |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| LVNV FUNDING, LLC and ALLIED INTERSTATE, LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff Julie A. Krauth and Defendants LVNV Funding, LLC and Allied Interstate LLC anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 16, 2012 for filing dispositional documents.

**ATTORNEYS FOR DEFENDANT
LVNV FUNDING, LLC and ALLIED
INTERSTATE, LLC**

/s/ Kristina M. Stanger
John T. Clendenin, AT0001529
Kristina M. Stanger, AT0000255
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
jtc@nyemaster.com
kms@nyemater.com

**ATTORNEY FOR PLAINTIFF**
**JULIE A. KRAUTH**

/s/ L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone: 515-276-7211
Facsimile: 515-276-6280

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to:

L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone: 515-276-7211
Facsimile: 515-276-6280
**ATTORNEY FOR PLAINTIFF**
**JULIE A. KRAUTH**

/s/ Kristina M. Stanger